BOIES SCHILLER & FLEXNER LLP
RICHARD J. POCKER, Nevada Bar No. 3568
rpocker@bsfllp.com
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Phone: 702-382-7300

BOIES SCHILLER & FLEXNER LLP
CHRISTOPHER G. CALDWELL (admitted *pro hac vice*)
ccaldwell@bsfllp.com
ALISON MACKENZIE (admitted *pro hac vice*)
amackenzie@bsfllp.com
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Phone: 213-629-9040

SACRO & WALKER LLP
JOHN WALKER (admitted *pro hac vice*)
jwalker@sacrowalker.com
LISA PRINCE (admitted *pro hac vice*)
lprince@sacrowalker.com
701 North Brand Boulevard, Suite 800
Glendale, CA 91203
Phone: 818-721-9597

Attorneys for PCG Software, Inc., Michael Lubao and Andria Jacobs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| PAYMENT INTEGRITY & REVENUE RETENTION, INC., a California corporation, successor in interest to PAYMENT INTEGRITY & REVENUE RETENTION, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCG SOFTWARE, INC., a Nevada corporation; MICHAEL LUBAO, an individual; ANDRIA JACOBS, an individual; DOES I - X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-02232-RFB-CWH<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)<br><br>The Honorable Richard F. Boulware, II<br>United States District Court Judge, Presiding |

On Wednesday, November 1, 2017, the parties attended a settlement conference before United States Magistrate Judge C.W. Hoffman. The case settled, and the parties entered into a binding, confidential settlement agreement. The final settlement agreement has now been fully executed by the parties and their counsel. Pursuant to the settlement agreement, it is hereby stipulated between Plaintiff Payment Integrity & Revenue Retention, Inc. (a California corporation), and Defendants PCG Software, Inc. (a Nevada Corporation), Michael Lubao and Andria Jacobs, through their counsel of record, that the above-captioned action is dismissed with prejudice under FRCP 41(a)(1)(ii).

DATED: November 21, 2017

BOIES SCHILLER & FLEXNER, LLP

By _____
RICHARD J. POCKER, ESQ.

SACRO & WALKER LLP

By _____
JOHN E. WALKER, ESQ.

Attorneys for Defendants

DATED: November 26, 2017

DUBOWSKY LAW OFFICE, CHTD.

By _____
PETER DUBOWSKY, ESQ.

THE LAW OFFICES OF BENJAMIN TAYLOR

By _____
BENJAMIN TAYLOR, ESQ.

Attorneys for Plaintiff

### Order Dismissing Action with Prejudice

Pursuant to the settlement and stipulation of the parties, and good cause appearing, it is hereby ordered that the above-captioned action is dismissed with prejudice under FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED.

_____
The Honorable Richard F. Boulware, II
United States District Court Judge, Presiding

DATED this 30th day of November, 2017.